

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2018

No. 04-18-00126-CV

**IN RE NEWPORT CLASSIC HOMES, L.P. L.L.C.**

Original Mandamus Proceeding[1]

### ORDER

Sitting:  Marialyn Barnard, Justice[2]
     Rebeca C. Martinez, Justice
     Irene Rios, Justice

The Real Party in Interest's Unopposed Motion for Extension of Time to file Response is hereby GRANTED. Time is extended to July 26, 2018.

It is so **ORDERED** on July 16, 2018

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-02113, styled *Rafael Lagunes v. Newport Classic Homes, L.P., LLC., et al.*, pending in the 57th Judicial District Court, Bexar County, Texas. The Honorable Rosie Alvarado signed the order at issue in this proceeding.